# CIVIL COVER SHEET

JS-44 (Rev. 7/13 DC)

## I. (a) PLAINTIFFS

Rebecca Hughes, individually and as mother and legal guardian of RBH, a minor,
10 Springvale Lane
Silver Spring, MD 20910

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Montgomery**
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

United States of America
Smithsonian Institution
1000 Jefferson Drive SW, #302
Washington, D.C. 20013

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Goldberg, Finnegan & Mester, LLC
8401 Colesville Road, #630
Silver Spring, MD 20910

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**Other Statutes**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization

- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2671 et. seq. - See attached

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 3,000,000.00   JURY DEMAND:   Check YES only if demanded in complaint  YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form

DATE: 3/23/15    SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Ms. Rebecca Hughes,** individually<br>And as mother and legal guardian<br>Of RBH, a minor<br>10 Springvale Lane<br>Silver Spring, MD 20910 | )<br><br>)<br><br>) | <br><br>Civil: 1:15-cv-420 |
| v. | | |
| **UNITED STATES OF AMERICA**<br>Smithsonian Institution<br>1000 Jefferson Drive SW, #302<br>Washington, D.C. 20013 | )<br><br>)<br><br>) | |

**COMPLAINT**

Plaintiff Rebecca Hughes, individually, and as the parent/next friend/legal guardian of RBH, a minor, by her attorneys, Curtis D. Cannon, Kevin I. Goldberg, and Goldberg, Finnegan & Mester, LLC sue the United States of America, Defendant and states:

**JURISDICTION**

1. This is a personal injury action arising under the Federal Tort Claims Act, 28 U.S.C. § 2671, et. seq. This Court is vested with personal jurisdiction pursuant to 28 U.S.C. § 1346(b). On or about November 17, 2013 RBH, a minor, was injured while an invitee at the National Zoo in Washington, D.C. operated by the Smithsonian Institution.

2. An Administrative Claim was presented to Defendant USA through the Office of General Counsel of the Smithsonian Institution on December 31, 2013. By letter dated October 14, 2014 and received by Plaintiffs' counsel on or about October 17, 2014, the claim was denied by the Smithsonian Institution Office of General Counsel. This Court has Jurisdiction to hear this matter.

## PARTIES

3. Plaintiff Rebecca Hughes (Hereinafter "Ms. Hughes") is the mother and legal guardian of RBH, a minor. She resides with RBH at 10 Springvale Lane, Silver Spring, MD 20190. She brings this lawsuit on behalf of her minor son, RBH and also in her individual capacity.

4. Defendant United States of America, Smithsonian Institution (Hereinafter "USA"), is located at 1000 Jefferson Drive SW, #302, Washington, D.C. 20013. The USA's Smithsonian Institution was responsible for the operations of the National Zoo at the time of the incident that is the subject of this lawsuit. The employees, agents, and servants of the Smithsonian Institution were employees, agents, and/or servants of Defendant USA.

## FACTS

5. On or about November 17, 2013 minor child, RBH, was a 3 year old invitee at the National Zoo operated by the Smithsonian Institution.

6. Agents, employees, and/or servants of the Smithsonian Institution negligently caused and/or allowed to remain, a dangerous condition consisting of wet, packed-down, and slippery leaves on the premises and further failed to remedy or warn invitees of said condition.

7. The dangerous condition consisting of wet, packed-down and slippery leaves was along the brick wall abutting the walkway near the Reptile Discovery Center in the vicinity of the Invertebrate Exhibit.

8. In the direction RBH was walking along the wall abutting the walkway from the Reptile Discovery Center, the wall and walkway turn sharply left and 180 degrees. As RBH made the turn around the wall he immediately was confronted with the dangerous condition described above which caused him to slip and fall sustaining serious and permanent bodily injury.

9. RBH received medical care and incurred medical bills as a result of the incident, and he will incur future medical bills. He also suffered and will continue to suffer into the future non-economic damages including pain, suffering, disfigurement and embarrassment.

10. Ms. Hughes, as the legal guardian and mother of RBH, incurred medical bills on behalf of her minor child RBH for which she is legally responsible, and will likely incur future medical bills on behalf of RBH.

11. At all relevant times, the United States of America's Smithsonian Institution was responsible for the operation, maintenance, management, custodial services, and otherwise control of the National Zoo, and was responsible for the safety of the children invited to the premises.

## COUNT I: NEGLIGENCE

12. Paragraphs 1-11 are hereby incorporated by reference and re-alleged as if restated herein.

13. The USA, Smithsonian Institution, and the employees, agents, and/or servants of the USA and the Smithsonian Institution owed duties to RBH and to Ms. Hughes to ensure the premises was in a reasonably safe condition free of defects and dangerous conditions of which they knew or should have known to exist and/or to warn the Plaintiffs of said defects and/or dangerous conditions of which they knew or should have known. These duties include, but are not limited to the following: to properly clear, clean, and/or remove from the walkways leaves which are known to accumulate and become slippery when wet and to warn their invitees of dangerous and defective consisting of wet, packed-down and slippery leaves which had not been cleared and/or removed from the walkways.

14. Defendant USA and Smithsonian Institution, collectively and through its agents, employees, and/or servants breached the duties owed to RBH and to Ms. Hughes by negligently

3

causing, allowing to remain, and/or failing to warn the Plaintiffs of a dangerous and defective condition on the premises consisting of wet, packed-down, and slippery leaves caused by the Defendants' acts or omissions in the clearing or failure to clear leaves from the walkway on which RBH was caused to fall.

15. As a direct and proximate result of the aforementioned negligence and breaches of duties of the USA, the Smithsonian Institution and/or its agents/employees/servants, RBH was caused to fall and suffer physical injuries, incurred medical expenses in the past, will incur medical expenses in the future, and non-economic damages in the past and into the future including pain, suffering, mental distress, embarrassment and humiliation.

Wherefore, for the foregoing reasons, Plaintiff demands judgment against Defendant United States of America, in the amount of $3,000,000.00.

Respectfully Submitted,

Goldberg, Finnegan & Mester, LLC

/S/Curtis D. Cannon
Curtis Daniel Cannon, Esq. #490182
Kevin I. Goldberg, Esq. #455547
Goldberg, Finnegan & Mester, LLC
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
(301) 589-2999
Fax: (301) 589-2644
Email: ccannon@gfmlawllc.com

## JURY DEMAND

The plaintiff demands a trial by jury on all issues contained herein.

/S/Curtis D. Cannon
Curtis Daniel Cannon, Esq. #490182

4